STATE OF MAINE

CUMBERLAND, ss.



SUPERIOR COURT
CRIMINAL ACTION
Docket No. CR-07-912
WSB-CuM- 11/29/2007

STATE OF MAINE,

v.                                                    DECISION

FREDERICK L. STUART JR.,

Defendant.

DONALD L. GARBRECHT
LAW LIBRARY

JAN 15 2008

## FINDINGS

1. On February 13, 2007 at 7:30 p.m., Officer Robert Ryder received a dispatch that a concerned citizen was following a possible drunk driver on Stroudwater Street in Portland.

2. The concerned citizen, who identified himself as William Briggs, reported to dispatch that the possible OUI was swerving over the centerline.

3. Mr. Briggs reported that the vehicle he was following was a pickup and he reported the license plate number.

4. Mr. Briggs reported the suspect as turning on to Forest Street and then on to Rochester Street.

5. Mr. Briggs reported that he himself was operating a small Volkswagen type car.

6. Dispatch forwarded Mr. Briggs' reports to Officer Ryder as they were received and Officer Ryder adjusted his route accordingly.

7. Officer Ryder turned onto Rochester Street. He saw a car fitting the description of Mr. Briggs' car slowing down by a stopped pickup that fit the description forwarded to Officer Ryder shortly before.

8. The suspect pickup still had its brake lights on and they flashed off as Officer Ryder approached.

9. The suspect pickup was parked in a parking area but on the wrong side of the street facing in the opposite direction of the travel lane.

10. Officer Ryder activated his blue lights.

## DISCUSSION

Mr. Stuart argues that Officer Ryder did not have reasonable, articulable suspicion to stop his truck. Mr. Stuart cites *State v. LaFond*, 2002 ME 124, 802 A.2d 425; *Alabama v. White*, 496 U.S. 325 (1990); and *Florida v. J.L*, 529 U.S. 266 (2000). Mr. Stuart argues that stopping the opposite way in a parking space, which was the only evidence personally observed by Officer Ryder, did not sufficiently corroborate the tip from Mr. Briggs.

All of the cases cited by Mr. Stuart are inapplicable. They all deal with anonymous tips. In this case the tip was not anonymous. The concerned citizen gave his name as William Briggs. He reported the type of vehicle Mr. Stuart was driving and the plate number. Mr. Briggs described his own car. We know how Mr. Briggs gained his information concerning erratic operation because he reported that he was following Mr. Stuart. Mr. Briggs reported the route Mr. Stuart was taking and that was corroborated. Mr. Stuart was taking his foot off the brake as Officer Ryder observed Mr. Briggs slowing down by Mr. Stuart's truck. By giving his name, Mr. Briggs indicated his willingness to take responsibility for the information he was providing to the police. Mr. Briggs' information alone would be sufficiently reliable to justify a stop. Officer Ryder's observation that Mr. Stuart had parked opposite to the flow of traffic adds to the indicia of impairment.

Mr. Stuart next argues that Mr. Briggs' reports to the dispatch are hearsay. He further argues that the rules of evidence apply to motions to suppress.

2

The second point may well be true. The first point does not fare so well and not only because all federal and state courts have for decades authorized the use of second-hand reports in determining articulable suspicion and probable cause.

Second-hand information is not hearsay unless it is being offered to prove the truth of the matter asserted. In Fourth Amendment cases the issue is not whether the second-hand information is true. The issue is whether it was reasonable for the officer to rely on the facts he relied on. Truth will come later.

For the above-stated reasons, the clerk will make the following entry on the docket by reference:

Defendant Frederick Stuart Jr.'s motion to suppress is denied in all respects.

DATED:     November _/9_, 2007

_____
William S. Brodrick
Active Retired Justice, Superior Court


A True Copy
Attest:
Clerk of Courts

3

STATE OF MAINE
   VS
FREDERICK L STUART, JR
76 LAND OF NOD ROAD
WINDHAM ME 04062

SUPERIOR COURT
CUMBERLAND, ss.
Docket No  PORSC-CR-2007-00912

**DOCKET RECORD**

DOB: 06/26/1948
Attorney: MICHAEL WHIPPLE
         THOMAS F HALLETT LAW OFFICES  PA
         36 UNION WHARF
         PO BOX 7508
         PORTLAND ME 04112
         RETAINED 02/22/2007

State's Attorney: STEPHANIE ANDERSON

Filing Document: CRIMINAL COMPLAINT
Filing Date: 03/20/2007

Major Case Type: MISDEMEANOR (CLASS D,E)

## Charge(s)

**1   OPERATING UNDER THE INFLUENCE           02/13/2007 WESTBROOK**
**Seq 9878  29-A  2411(1-A)(A)          Class D**
**   RYDER                 / WES**

## Docket Events:

04/10/2007 Charge(s): 1
          TRANSFER -  TRANSFER FOR JURY TRIAL EDI ON 04/10/2007 @ 18:01

          TRANSFERRED CASE: SENDING COURT CASEID PORDCCR200702319
          FILING DOCUMENT -  CRIMINAL COMPLAINT FILED ON 03/20/2007
          JAMES  TURCOTTE , ASSISTANT CLERK
          Charge(s): 1
          HEARING -  ARRAIGNMENT SCHEDULED FOR 04/09/2007 @ 8:30 in Room No.  1

          NOTICE TO PARTIES/COUNSEL                                        847
04/10/2007 Charge(s): 1
          HEARING -  ARRAIGNMENT WAIVED ON 04/09/2007

          409
          Party(s): FREDERICK L STUART JR
          ATTORNEY -  RETAINED ENTERED ON 02/22/2007

          Attorney: MICHAEL WHIPPLE
          Charge(s): 1
          TRANSFER -  TRANSFER FOR JURY TRIAL REQUESTED ON 02/22/2007
          JAMES  TURCOTTE , ASSISTANT CLERK
          Charge(s): 1
          MOTION -  MOTION FOR DISCOVERY FILED BY DEFENDANT ON 02/22/2007
          JAMES  TURCOTTE , ASSISTANT CLERK
          Charge(s): 1
          MOTION -  MOTION TO SUPPRESS EVIDENCE FILED BY DEFENDANT ON 02/22/2007
          JAMES  TURCOTTE , ASSISTANT CLERK
          Charge(s): 1
          PLEA -  NOT GUILTY ENTERED BY COUNSEL ON 04/09/2007

409
Charge(s): 1
TRIAL - BENCH SCHEDULED FOR 06/12/2007 @ 10:30 in Room No. 1

NOTICE TO PARTIES/COUNSEL                                    409
Charge(s): 1
TRIAL - BENCH NOT HELD ON 04/09/2007


Charge(s): 1
FINDING - TRANSFER FOR JURY TRIAL TRANSFERRED ON 04/10/2007
DEBRA  SOUBBLE , ADMINISTRATIVE CLERK
PORSC
04/13/2007 Charge(s): 1
TRANSFER - TRANSFER FOR JURY TRIAL RECVD BY COURT ON 04/10/2007
BETHANY  RODERIGUE , ASSISTANT CLERK-E
DOCKET ENTRIES RECEIVED FROM 9TH DISTRICT COURT (07-2319)
                    NO APPEARANCE BOND FILED
06/13/2007 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 07/05/2007 @ 11:00
DARCEY  EMERY , ASSISTANT CLERK
NOTICE  TO PARTIES/COUNSEL
06/29/2007 MOTION - MOTION TO CONTINUE FILED BY DEFENDANT ON 06/27/2007


MRP
06/29/2007 MOTION - MOTION TO CONTINUE GRANTED ON 06/29/2007
THOMAS E DELAHANTY II, JUSTICE
COPY TO PARTIES/COUNSEL                                    RESCHEDULE FOR
FIRST AVAILABLE DATE AFTER 30 DAYS
                                              AKL
06/29/2007 HEARING - MOTION TO SUPPRESS CONTINUED ON 06/29/2007
THOMAS E DELAHANTY II, JUSTICE
AKL
07/24/2007 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 08/10/2007 @ 10:00 in Room No. 7
WILLIAM  BRODRICK , JUSTICE
NOTICE  TO PARTIES/COUNSEL                                  SR
07/24/2007 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 07/24/2007


07/24/2007 HEARING - MOTION FOR DISCOVERY SCHEDULED FOR 08/10/2007 @ 10:00 in Room No. 7
WILLIAM  BRODRICK , JUSTICE
NOTICE  TO PARTIES/COUNSEL                                  SR
07/24/2007 HEARING - MOTION FOR DISCOVERY NOTICE SENT ON 07/24/2007


08/13/2007 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 08/16/2007 @ 11:00 in Room No. 7
WILLIAM  BRODRICK , JUSTICE
NOTICE  TO PARTIES/COUNSEL                                  AKL
08/13/2007 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 08/13/2007


AKL
08/22/2007 Charge(s): 1
HEARING - MOTION TO SUPPRESS SCHEDULED FOR 10/04/2007 @ 11:00 in Room No. 7
WILLIAM  BRODRICK , JUSTICE
NOTICE  TO PARTIES/COUNSEL
08/22/2007 Charge(s): 1
HEARING - MOTION TO SUPPRESS NOTICE SENT ON 08/22/2007

08/24/2007 HEARING - MOTION TO SUPPRESS NOT HELD ON 08/24/2007

08/24/2007 HEARING - MOTION FOR DISCOVERY NOT HELD ON 08/24/2007

10/09/2007 Charge(s): 1
        HEARING - MOTION TO SUPPRESS HELD ON 10/04/2007
        WILLIAM BRODRICK , JUSTICE
10/09/2007 HEARING - MOTION TO SUPPRESS NOT HELD ON 10/09/2007

10/09/2007 HEARING - MOTION TO SUPPRESS SCHEDULED FOR 10/25/2007 @ 8:30 in Room No.  7

        NOTICE  TO PARTIES/COUNSEL
10/09/2007 HEARING - MOTION TO SUPPRESS NOTICE SENT ON 10/09/2007

        JOANN HEBERT
10/09/2007 HEARING - MOTION TO DISMISS SCHEDULED FOR 10/25/2007 @ 8:30 in Room No.  7

        NOTICE  TO PARTIES/COUNSEL
10/09/2007 HEARING - MOTION TO DISMISS NOTICE SENT ON 10/09/2007

        JOANN HEBERT
10/26/2007 HEARING - MOTION TO DISMISS HELD ON 10/25/2007
        WILLIAM BRODRICK , JUSTICE
        Attorney: MICHAEL WHIPPLE
        DA: MICHAEL MADIGAN          Reporter: PENNY PHILBRICK-CARVER
        Defendant Present in Court
10/26/2007 Charge(s): 1
        MOTION - MOTION TO SUPPRESS EVIDENCE UNDER ADVISEMENT ON 10/25/2007
        WILLIAM BRODRICK , JUSTICE
11/30/2007 Charge(s): 1
        MOTION - MOTION TO SUPPRESS EVIDENCE DENIED ON 11/19/2007
        WILLIAM BRODRICK , JUSTICE
        COPY TO PARTIES/COUNSEL                                        TSK

A TRUE COPY
ATTEST: _____
                        Clerk